IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ICON HEALTH & FITNESS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>CONSUMERAFFAIRS.COM, a Nevada corporation, CONSUMERS UNIFIED, LLC, a Nevada limited liability company; and DAVID ZACHARY CARMAN, an individual,<br><br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 1:16-cv-00168-DBP<br><br>Magistrate Judge Dustin B. Pead |

IT IS HEREBY ORDERED AND ADJUDGED that the above-captioned matter is hereby dismissed <u>with prejudice</u>, consistent with the parties' stipulation, with each party to bear their own fees and costs.

DATED this 27th day of February, 2019.

BY THE COURT:

_____
Dustin B. Pead
U.S. District Magistrate Judge

1